IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

C. M., SR. FATHER OF C. M., JR., minor child,

       Appellant,

v.

FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES,

       Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2399

_____/

Opinion filed November 15, 2016.

An appeal from the Circuit Court for Leon County.
Karen A. Gievers, Judge.

Terry P. Roberts of Law Office of Terry P. Roberts, Tallahassee, for Appellant.

Kelley Schaeffer, Guardian ad Litem Program, Sanford, for Appellee.


PER CURIAM.

      AFFIRMED.

LEWIS, ROWE, and KELSEY, JJ., CONCUR.